UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00464-FDW-DSC

| MARIA MCNULTY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| US AIRWAYS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon Plaintiff Maria McNulty's Certification and Report of F.R.C.P. 26(f) Conference and Proposed Discovery Plan. (Doc. No. 25). The Court reminds Plaintiff that it has previously issued a Case Management Order in this case. (Doc. No. 21). That Case Management Order and all its deadlines and requirements remain in full force and effect.

IT IS SO ORDERED.

Signed: June 11, 2013

Frank D. Whitney
Chief United States District Judge