# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-CV-00464-FDW-DSC

| | |
|---|---|
| MARIA MCNULTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| US AIRWAYS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon Plaintiff Maria McNulty's Amended Complaint ("Second Amended Complaint"). (Doc. No. 28). Previously in this case, Plaintiff moved to file an amended complaint ("First Amended Complaint"). The Motion to Amend/Correct Complaint, (Doc. No. 16) was granted by Magistrate Judge David S. Cayer, and, following an Order granting an extension of time by this Court, (Doc. No. 10) on June 10, 2013, Plaintiff filed her First Amended Complaint, (Doc. No. 26) on June 10, 2013. Plaintiff has not filed a motion requesting the Court's leave to submit the Second Amended Complaint as required under Rule 15 of the Federal Rules of Civil Procedure. However, Plaintiff has copied portions of her previous Motion to Amend/Correct Complaint, (Doc. No. 16), and, through this item, which is included with the Second Amended Complaint, appears to be seeking the Court's permission to file the Second Amended Complaint. Accordingly, the Court treats the Second Amended Complaint as containing a Motion for Leave to Amend Plaintiff's Complaint. Upon review by the Court, permission to amend the Complaint is hereby GRANTED and the Second Amended Complaint is considered accepted by the Court. However, Plaintiff also makes reference to "the court's discretion to extend the time period for Extension of Certificate of Initial Attorney's Conference time." (Doc. No. 28, p. 5). Plaintiff is reminded that a Case

Management Order, (Doc. No. 21) was previously entered in this case. That Case Management Order, (Doc. No. 21) and all its deadlines and requirements remain in full force and effect. As it is not clear to the Court what, if any, additional items Plaintiff is seeking in her Motion, no relief is granted or action is taken beyond that described above.

IT IS SO ORDERED.

Signed: June 26, 2013

Frank D. Whitney
Chief United States District Judge