UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00464-FDW-DSC

| MARIA MCNULTY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| US AIRWAYS, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon Defendant US Airways, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. No. 34). In its Motion, Defendant moves that the Court dismiss Plaintiff Maria McNulty's Second Amended Complaint, (Doc. No. 28) under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Upon review by the Court, Defendant's Motion is DENIED WITHOUT PREJUDICE. Defendant is free to raise the issues set forth in the Motion again at summary judgment.

IT IS SO ORDERED.

Signed: October 3, 2013

Frank D. Whitney
Chief United States District Judge