**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:12-CV-00464-FDW-DSC**

| | | |
|---|---|---|
| **MARIA MCNULTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **US AIRWAYS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Plaintiff's Motion for Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), (Doc. No. 52), and Defendant's Notice of Consent and Stipulation to Plaintiff's Motion. (Doc. No. 53). As Defendant has consented, Plaintiff's Motion for Voluntary Dismissal without Prejudice is GRANTED and Plaintiff's claim is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: November 6, 2013

Frank D. Whitney
Chief United States District Judge